IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

The City of Plantation Police Officers'
Employees' Retirement System,　　　　　　　　　　Case No: 2:14-cv-1380

　　　　Plaintiff,　　　　　　　　　　　　　　　Judge Graham
　v.

Michael S. Jeffries, et al.,

　　　　Defendants,
　and

Abercrombie & Fitch, Co.,

　　　　Nominal Defendant.

## Order

The court's September 26, 2014 Opinion and Order is STAYED pending the court's resolution of plaintiff's motion for reconsideration.

　　　　　　　　　　　　　　　　　　　　s/ James L. Graham
　　　　　　　　　　　　　　　　　　　　JAMES L. GRAHAM
　　　　　　　　　　　　　　　　　　　　United States District Judge

DATE: September 30, 2014