IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

The City of Plantation Police Officers' Employees' Retirement System,

Plaintiff,

v.

Michael S. Jeffries, et al.,

Defendants,

and

Abercrombie & Fitch, Co.,

Nominal Defendant.

Case No: 2:14-cv-1380

Judge Graham

Order Granting Motion For Preliminary Approval of a Settlement in a Derivative Action

This shareholder derivative action is before the court on two related motions: (1) plaintiff's motion for reconsideration of the court's September 26, 2014 order denying preliminary approval of a proposed settlement among the parties and (2) plaintiff's renewed motion for the court's preliminary approval of a revised proposed settlement. Nominal defendant Abercrombie & Fitch Co. supports both motions.

The court's primary concern with the original proposed settlement was the scope of its release of shareholder claims. The parties have submitted revisions to the proposed settlement that would expressly limit the scope of the release to only claims that are derivative in nature.

In light of the modifications to the proposed settlement, the court's concerns are substantially satisfied. The court finds that the revised proposed settlement is sufficiently fair to warrant preliminary approval.

Accordingly, plaintiff's motions for reconsideration and for preliminary approval of the revised proposed settlement (doc. 15) are GRANTED. The parties shall serve shareholders with notice of the proposed settlement in compliance with the notice procedure proposed by plaintiff. A fairness hearing date will be held on December 18, 2014 at 10:00 AM at the Joseph P. Kinneary United States Courthouse, 85 Marconi Blvd., Columbus, OH 43215.

IT IS SO ORDERED.

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: October 10, 2014