IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE CITY OF PLANTATION POLICE OFFICERS' EMPLOYEES' RETIREMENT SYSTEM, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL S. JEFFRIES, et al., <br><br> Defendants, <br><br> and <br><br> ABERCROMBIE & FITCH CO., <br><br> Nominal Defendant. | Civil Action No. 2:14-cv-1380 <br> (James L Graham, Judge) <br> (Norah McCann King, Mag. Judge) |

**PLAINTIFF'S MOTION FOR FINAL APPROVAL OF DERIVATIVE LITIGATION SETTLEMENT AND AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

Plaintiff, The City of Plantation Police Officers' Employees' Retirement System, hereby moves this Court for an Order granting final approval of the parties' Stipulation and Agreement of Settlement and awarding attorney's fees and reimbursement of expenses.

A Memorandum in support of this Motion is filed at Doc. No. 21 and is incorporated herein by reference.

Dated: December 1, 2014                    Respectfully submitted,

|  |  |
|---|---|
|  | /s/ Richard S. Wayne |
|  | Richard Wayne (0022390) |
|  | /s/ Robert R. Sparks |
|  | Robert R. Sparks (0073573) |
| Mark Lebovitch | STRAUSS TROY CO., LPA |
| David Wales | The Federal Reserve Building |
| Adam D. Hollander | 150 East Fourth Street |
| BERNSTEIN LITOWITZ BERGER & | Cincinnati, OH  45202-4018 |
|   GROSSMANN, LLP | Telephone: (513) 629-9472 |
| 1285 Avenue of the Americas | Facsimile: (513) 629-9426 |
| New York, N Y  10019 | E-mail: rswayne@strausstroy.com |
| Telephone: (212) 554-1519 | E-mail: rrsparks@strausstroy.com |
| *Lead Counsel for Derivative Plaintiff* | *Liaison Counsel for Derivative Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of December, 2014, I electronically transmitted the attached document to the Clerk's Office using the EM/ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants.

/s/ Richard S. Wayne
Richard S. Wayne

3865327_1.doc